IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALTER LEE BRANNON,**

    **Plaintiff,**

v.                                                    **CASE NO. 4:05-cv-00084-SPM/AK**

**CAPE KENNEDY SPACE CENTER,**
et al,

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

By Order dated March 8, 2005, the Court ordered Plaintiff to supplement his motion for leave to proceed in forma pauperis to explain his status so that the matter of his filing fee could be determined. (Doc. 7). Plaintiff was directed to respond on or before April 8, 2005, but he did not provide the Court with any supplementation. An Order to Show Cause was entered on May 3, 2005, requesting a response on or before May 13, 2005, but as of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an order of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

  **IN CHAMBERS** at Gainesville, Florida, this **17th** day of June, 2005.

        <u>s/ A. KORNBLUM</u>
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>

  **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 4:05-cv-00081-MP-AK*