IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER LEE BRANNON,

    Plaintiff,

vs.                                                                        4:05-CV-084-SPM

CAPE KENNEDY SPACE CENTER,
*et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 9) dated June 17, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice*.*

**DONE AND ORDERED** this nineteenth day of July, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao